# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 14-31107

_____

United States Court of Appeals
Fifth Circuit

**FILED**

November 18, 2014

Lyle W. Cayce
Clerk

IN RE: DEEPWATER HORIZON

_____

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

SEALED APPELLANT 1; SEALED APPELLANT 2; SEALED APPELLANT 3; SEALED APPELLANT 4; SEALED APPELLANT 5; SEALED APPELLANT 6; SEALED APPELLANT 7; SEALED APPELLANT 8; SEALED APPELLANT 9,

      Claimants - Appellants

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:12-CV-970

_____

Before JONES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-31107

IT IS ORDERED that the appellees' motion for summary affirmance is GRANTED.

The district court's judgment is AFFIRMED.  *See* 5TH CIR. R. 47.6.

Judge Dennis would have allowed the matter to proceed through the ordinary course, including full briefing.